874 A.2d 533

IN THE MATTER OF MATTHEW J. KIRNAN, AN ATTORNEY
AT LAW (ATTORNEY NO. 014421986).

June 6, 2005.

# O R D E R

This matter having been duly presented to the Court, it is
ORDERED that **MATTHEW J. KIRNAN** of **VERONA,** who was
admitted to the bar of this State in 1986, and who was suspended
from the practice of law for a period of eighteen months retroac-
tive to June 3, 2003, by Order of this Court filed September 22,
2004, be restored to the practice of law, effective immediately.